THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CONSTANTINO CUARA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>VERIZONS, JEFFERSON CAPITAL SYSTEM, and SYNCHRONY BANK,<br><br>Defendants. | **ORDER ADOPTING [7] REPORT AND RECOMMENDATION**<br><br>Case No. 2:23-cv-00439-DBB-JCB<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Jared C. Bennett on August 30, 2023 recommends that the court dismiss Plaintiff Constantino Cuara Rodriguez's ("Mr. Rodriguez") action pursuant to 28 U.S.C. § 1915. The magistrate judge reasoned dismissal against Defendants "Verizon's," "Jefferson Capital System," and "Synchrony Bank" was proper because Mr. Rodriguez fails to state a claim and his Complaint is frivolous.[2] The magistrate judge recommended dismissal with prejudice, concluding that granting Mr. Rodriguez leave to amend would be futile.[3]

The magistrate judge advised Mr. Rodriguez of his right to object to the Report and Recommendation within fourteen days of its service under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).[4] Mr. Rodriguez did not file an objection and the time for doing so

---

[1] R. & R., ECF No. 7.
[2] *Id.* at 6–8; *see* Compl., ECF No. 4.
[3] R. & R. 8.
[4] *Id.* at 9.

1

has passed.[5] Because he filed no objection, the court reviews the Report and Recommendation for clear error.[6] Having done so, the court finds that the magistrate judge's analysis and conclusions are sound. No clear error appears on the face of the record.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation[7] is ADOPTED. The court DISMISSES with prejudice Plaintiff's action as frivolous and for failing to state a claim on which relief may be granted.

Signed September 14, 2023.

BY THE COURT

David Barlow
United States District Judge

---

[5] *See* Docket.
[6] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah June 16, 2023) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)).
[7] ECF No. 7.